### SIBLEY vs. FIELD.

APPEAL FROM THE COURT OF THE SECOND DISTRICT.

The supreme court will not proceed to the examination of a case in which it is not evident that the whole record is before them.

*Martin, J.* deliverrd the opinion of the court.

The clerk's certificate informs us that the transcript is complete, "except as to such papers as may have been annexed to a dedimus, which was not returned in time, and which were formerly on file."

The appellant has not moved for a *certiorari* to have these papers brought up, and we cannot proceed to the examination of a case, in which it is not evident that the whole record is before us.

It is therefore ordered that the appeal be dismissed, with costs.

The supreme court will not proceed to an examination of a case in which it is not evident that the whole record is before them